Western District of Virginia
United States District Court

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 26 2020

JULIA C. DUDLEY, CLERK
BY: C Suresh
DEPUTY CLERK

Brianna Woodby,
Petitioner

-vs-

U. States,
Respondent

Case No: DVAW118CR00025-017

## MOTION FOR JUDICIAL RECOMMENDATION

Comes now, Brianna Woodby, pro-se, and humbly requests to file this motion for Judicial Recomendation for (12) months placement in a halfway house (RRC) pursuant to 18 USC § 3621 (b).

Pursuant to the Second Chance Act, an inmate must be considered for placement in a residential re-entry center for up to twelve months in an attempt to avoid recidivism. 18 USC § 3624(c)(1).

The goal of such placement is to "afford.... a reasonable oppertunity to adjust to and prepare for the re-entry of the prisoner into the community. If the BOP makes the decision, in consideration of the following factors;

(1) The resources of the facility contemplated;

(2) The nature and circumstances of the offense;

(3) The characteristics of the prisoner;

(4) Any statement by the court that imposed the sentence;

(A) Considering the purposes for which the sentence to be imprisoned was determined or warrented;

(B) Recommending a type of penal or correctional facility as appropriate.

## DISCUSSION

Petitioner wants to point out with this Honorable Court that she would like to maximize her chances for sucessful release and to have a law abiding life. She needs an

-3-

additional adjustment period due to (her family resposibilities, etc)

She does not pose a significant threat to her community. She has not had any repeated or serious or (any) institutional rule violations what so ever and displays a perfect disciplinary record. She has had no escapes, repetitive violence, or association with gangs or terrorist organizations. In short, Brianna Woodby, petitioner, is a perfect canidate for this judicial reccommendation.

Based upon the above, Brianna Woodby, pro-se respectfully requests that this motion be granted and she recieve her much needed recommendation for (12) months RRC placement.

Respectfully submitted this 18th day of may, 2020.

Brianna Woodby
BRIANNA WOODBY
sign/print name
#22323-084
FCI-Tallahassee
PO Box 5000   Tall, FL 32314

## Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing:

Motion For Judicial Recommendation

Upon the following addresses, by placing the same in a sealed envelope, bearing sufficient postage for delivery via the United States Postal Service to:

CLERK OF THE COURT
U.S. DISTRICT COURT
WESTERN DIST OF VIRGINIA
180 West Main Street, #Room 104
ABINGDON, VA 24210

And deposited it in the postal box provided for inmates on the grounds of the federal Correctional Institution at Tallahassee, Florida, 32301 on this 18th day of May, 2020.

_Brianna Woodby_
Signature
BRIANNA WOODBY
Register No. 22523-084
FCI Tallahassee
~~501 Capital Circle NE~~ P O Box 5000
Tallahassee, Florida ~~32301~~ 32314

Litigation is deemed FILED at the time it is delivered to prison authorities.
See Houston vs Lack, 487 US 266, 101 L. Ed 2d 245, 108 S.CT. 2379 (1988)

Brianna Woodby #22393-084
FCI Tallahassee
P.O. Box 6000
Tallahassee, FL
32314

Clerk of The Court
U.S. District Court
Federal Building
180 West Main Street, Room 104
Abingdon, VA 24210